[No. 34978-1-III. Division Three. June 13, 2017.]

*In the Matter of the Marriage of* GAYNOR KOONTZ, *Respondent*, and DARON KOONTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-3-00796-9, Jonathon H. Lack, J. Pro Tem., entered March 29, 2016. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Siddoway, J.

[No. 34078-3-III. Division Three. June 15, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY R. ROY, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 15-8-00096-6, Tina Kernan, J. Pro Tem., entered February 10, 2016. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lawrence-Berrey, J., concurred in by Korsmo, J.; Fearing, C.J., dissenting.

[No. 34090-2-III. Division Three. June 15, 2017.]

*In the Matter of the Marriage of* ASHLEY C. EIERDAM, *Respondent*, and BENJAMIN F. EIERDAM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-3-01867-1, Linda G. Tompkins, J., entered January 15, 2016. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.